IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WESLEY J. HAM                                                                                                 PLAINTIFF

vs.                            Civil No. 6:18-cv-06065

NANCY A. BERRYHILL                                                                  DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 11th day of April 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                            /s/ *Barry A. Bryant*
                                                            HON. BARRY A. BRYANT
                                                            U. S. MAGISTRATE JUDGE